UNITED STATES of America, Plaintiff-Appellee,

v.

Adam ROUILLARD, Defendant-Appellant.

United States of America, Plaintiff-Appellee,

v.

Adam Rouillard, Defendant-Appellant.

No. 16-2474, No. 16-2476

United States Court of Appeals, Eighth Circuit.

Submitted: February 3, 2017

Filed: February 8, 2017

Timothy T. Duax, Forde Fairchild, Assistant U.S. Attorneys, U.S. Attorney's Office, Northern District of Iowa, Sioux City, IA, for Plaintiff-Appellee

Before SMITH, ARNOLD, and COLLOTON, Circuit Judges.

PER CURIAM.

In these consolidated appeals, Adam Rouillard challenges the sentence the district court[1] imposed upon revoking his second term of supervised release. In each

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

case, his counsel has moved for leave to withdraw, and has filed a brief questioning the reasonableness of Rouillard's revocation sentence. Rouillard has not filed a supplemental brief.

After careful review of the record, we conclude that the district court did not abuse its discretion in sentencing Rouillard. *See United States v. Miller*, 557 F.3d 910, 915–18 (8th Cir. 2009) (standard of review); *see also United States v. Perkins*, 526 F.3d 1107, 1110–11 (8th Cir. 2008) (this court reviews entire sentencing record, not merely district court's statements at hearing).

Accordingly, we grant counsel's motions for leave to withdraw, and we affirm the judgment of the district court.